**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter ___11___

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | MG Logistics Incorporated |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 20-1861850 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 13400 FYH Drive <br> Huntley, IL 60142 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Kane <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    MG Logistics Incorporated_____          Case number (*if known*) _____
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Railroad (as defined in 11 U.S.C. § 101(44))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒  None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐  Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____4841____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐  Chapter 7

☐  Chapter 9

☒  Chapter 11. *Check all that apply*:

☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐  A plan is being filed with this petition.

☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

| Debtor | MG Logistics Incorporated | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in** *this district?*

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☒ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    MG Logistics Incorporated _____    Case number (*if known*) _____
          Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 4, 2025
               MM / DD / YYYY

**X** /s/   Vassil Bayraktarov _____    Vassil Bayraktarov _____
Signature of authorized representative of debtor          Printed name

Title    Authorized Representative _____

**18. Signature of attorney**    **X** /s/ Jeffrey C. Dan _____    Date   July 4, 2025
                                 Signature of attorney for debtor                     MM / DD / YYYY

Jeffrey C. Dan _____
Printed name

Goldstein & McClintock LLLP _____
Firm name

111 W Washington Street, Suite 1221
Chicago, IL 60602 _____
Number, Street, City, State & ZIP Code

Contact phone    (312) 337-7700 _____    Email address    jeffd@goldmclaw.com _____

6242750 IL _____
Bar number and State

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 4

Debtor    MG Logistics Incorporated _____    Case number (if known) _____
          Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 3, 2025 _____
               MM / DD / YYYY

X _____                         Vassil Bayraktarov _____
Signature of authorized representative of debtor          Printed name

Title    Authorized Representative _____

---

**18. Signature of attorney**    X _____        Date    July 3, 2025 _____
                                 Signature of attorney for debtor                  MM / DD / YYYY

                                 Jeffrey C. Dan _____
                                 Printed name

                                 Goldstein & McClintock LLLP _____
                                 Firm name

                                 111 W Washington Street, Suite 1221
                                 Chicago, IL 60602 _____
                                 Number, Street, City, State & ZIP Code

                                 Contact phone _____    Email address jeffd@goldmclaw.com _____

                                 6242750 IL _____
                                 Bar number and State

Fill in this information to identify the case:

| Debtor name | MG Logistics Incorporated |
|---|---|
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express P.O. Box 53800 Phoenix, AZ 85072 | | | | | | $83,509.37 |
| Amtrust Wesco Insurance Co. 800 Superior Ave East 21st Floor Cleveland, OH 44114 | | | | | | $108,510.91 |
| Bank Midwest 1580 N. Church Rd. Liberty, MO 64068 | | Trucks | | $2,150,000.00 | $1,900,000.00 | $250,000.00 |
| Bestpass by Fleetworty P.O. Box 786587 Philadelphia, PA 19178-6587 | | | | | | $150,000.00 |
| Comdata 5301 Maryland way Brentwood, TN 37027 | | | | | | $260,000.00 |
| Daimler Truck Financial Services 14372 Heritage Parkway Suite 400 Fort Worth, TX 76177 | | Trucks | | $7,650,000.00 | $5,500,000.00 | $2,150,000.00 |
| Huntley Center LLC Entre Property Management LLC 3550 Salt Creek Lane Suite 104 Arlington Heights, IL 60005 | | Lease | | | | $487,807.90 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

Debtor   MG Logistics Incorporated
_____

Name

Case number *(if known)*
_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Huntley LLC Entre Property Management LLC 3550 Salt Creek Lane Suite 104 Arlington Heights, IL 60005 | | Lease | | | | $368,918.59 |
| Imperial Supplies 300 North Madison St. P.O. Box 11008 Green Bay, WI 54307 | | | | | | $32,285.03 |
| IPFS Corporation 301 West 11th St. Kansas City, MO 64141 | | | | | | $37,914.44 |
| Lytx, Inc. 9785 Towne Center Drive San Diego, CA 92121 | | | | | | $50,750.00 |
| M&K Truck Centers 8800 Byron Commerce Dr. Byron Center, MI 49315 | | | | | | $73,298.56 |
| M&T Equipment Finance 4225 Naperville R. Suite 175 Lisle, IL 60532 | | Trucks | | $360,000.00 | $270,000.00 | $90,000.00 |
| Omnitracs/Solara Omnitacs LLP File No. 54210 Los Angeles, CA 90074-4210 | | | | | | $211,841.77 |
| Pegasus TransTech a/k/a Treanflow P.O. Box 88319 Milwaukee, WI 53288 | | | | | | $39,575.91 |
| PNC Bank 655  Business Center Dr. Suite 250 Horsham, PA 19044 | | Trucks | | $390,000.00 | $270,000.00 | $120,000.00 |
| Pomps Tire Service P.O. Box 88697 Milwaukee, WI 53288 | | | | | | $78,425.24 |
| Stoughton Trailer Acceptance Company 1901 S. Academy St. Stoughton, WI 53589 | | Dry Box Trailers | | $10,000,000.00 | $5,300,000.00 | $4,700,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

Debtor    MG Logistics Incorporated
       Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Truck Country of Illinois P.O. Box 734619 Chicago, IL 60673 | | | | | | $79,000.00 |
| Volvo Financial Services 8003 Piedmont Triad Parkway Greensboro, NC 27409 | | Trucks | | $1,800,000.00 | $1,550,000.00 | $250,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

AFCO
150 N. Field Dr.
Suite 190
Lake Forest, IL 60045


American Express
P.O. Box 53800
Phoenix, AZ 85072


Amtrust
Wesco Insurance Co.
800 Superior Ave East 21st Floor
Cleveland, OH 44114


Bank Midwest
1580 N. Church Rd.
Liberty, MO 64068


Bestpass by Fleetworty
P.O. Box 786587
Philadelphia, PA 19178-6587


Comdata
5301 Maryland way
Brentwood, TN 37027


Daimler Truck Financial Services
14372 Heritage Parkway
Suite 400
Fort Worth, TX 76177


Huntley Center LLC
Entre Property Management LLC
3550 Salt Creek Lane Suite 104
Arlington Heights, IL 60005


Huntley LLC
Entre Property Management LLC
3550 Salt Creek Lane Suite 104
Arlington Heights, IL 60005


Imperial Supplies
300 North Madison St.
P.O. Box 11008
Green Bay, WI 54307


IPFS Corporation
301 West 11th St.
Kansas City, MO 64141


Lytx, Inc.
9785 Towne Center Drive
San Diego, CA 92121


M&K Truck Centers
8800 Byron Commerce Dr.
Byron Center, MI 49315

M&T Equipment Finance
4225 Naperville R.
Suite 175
Lisle, IL 60532


Old Second Bank
37 S.. River St.
Aurora, IL 60506


Omnitracs/Solara
Omnitacs LLP File No. 54210
Los Angeles, CA 90074-4210


Pegasus TransTech a/k/a Treanflow
P.O. Box 88319
Milwaukee, WI 53288


PNC Bank
655  Business Center Dr.
Suite 250
Horsham, PA 19044


Pomps Tire Service
P.O. Box 88697
Milwaukee, WI 53288


Stoughton Trailer Acceptance Company
1901 S. Academy St.
Stoughton, WI 53589


Truck Country of Illinois
P.O. Box 734619
Chicago, IL 60673


Uline
P.O. Box 88741
Chicago, IL 60680


Volvo Financial Services
8003 Piedmont Triad Parkway
Greensboro, NC 27409

# United States Bankruptcy Court
## Northern District of Illinois

In re    MG Logistics Incorporated

Debtor(s)

Case No.

Chapter    11

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    MG Logistics Incorporated    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

July 4, 2025

Date

/s/ Jeffrey C. Dan

Jeffrey C. Dan

Signature of Attorney or Litigant
Counsel for    MG Logistics Incorporated
Goldstein & McClintock LLLP

111 W Washington Street, Suite 1221
Chicago, IL 60602
(312) 337-7700  Fax:(312) 277-2315
jeffd@goldmclaw.com

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy